IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    Case No. 4:23-cr-00092 KGB

LARON VASHON DEAN                                                                     DEFENDANT

### ORDER

Pending is defendant Laron Vashon Dean's motion to reconsider Mr. Dean's motion *in limine* regarding drug reference and requests any mention of marijuana be excluded from trial entirely (Dkt. No. 77).  Mr. Dean argues that the green leafy substance could be legal under both state and federal law (Dkt. No. 77, at 3).  Mr. Dean contends that the United States field tested the green leafy substance on April 23, 2024; it tested positive for marijuana; but the field test did not differentiate between Delta-8 THC and Delta-9 THC (*Id.*, at 3–4).  Mr. Dean maintains that the distinction is important because Delta-8 THC is currently legal under both state and federal law and Delta-9 THC is not (*Id.*, at 3–4).  Mr. Dean urges that the United States should have sent the marijuana to be lab tested instead of relying on a field test which lacks precision and accuracy (Dkt. No. 77, at 4).  According to Mr. Dean, because the substance could be legal and because this is unknown from the field test that was conducted, permitting the United States to mention the marijuana at trial would unduly prejudice Mr. Dean and confuse the jury (*Id.*, at 5–6).

The United States responds to Mr. Dean's original motion *in limine* that it intends to elicit testimony "that among the items the FBI discovered in Defendant's car were a backpack containing a substance that field tested positive as marijuana alongside his driver's license." (Dkt. No. 65).  The United States maintains that it intends to refer to the substance as marijuana consistent with the results of the field test (*Id.*).

Under the circumstance of this case, the United States did not charge Mr. Dean with possession of marijuana. In the Court's view, the field test of the green leafy substance is not so imprecise or inaccurate as to render it unreliable for the limited purpose of referring to the green leafy substance at trial as marijuana. The Court determines, based on the record at this stage in the proceedings, that permitting the parties to refer to the green leafy substance at trial as marijuana will not confuse the jury or be unduly prejudicial, although Mr. Dean may make contemporaneous objections at trial to this evidence, testimony, and argument. The Court denies Mr. Dean's motion to reconsider Mr. Dean's motion *in limine* regarding drug reference and mention of marijuana at trial (Dkt. No. 77).

It is so ordered this 1st day of May, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge